IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

NICHOLAS MORAN

        Plaintiff,                      No. CIV S-00-2210 FCD CMK P

    vs.

R.S. GAITONDE, et al.,

        Defendants.             <u>ORDER</u>

        On December 22, 2005, plaintiff filed a motion for reconsideration.  On March 8, 2006, plaintiff filed a motion for relief from judgment and a request for judicial notice.  On March 29, 2006, plaintiff filed a request to the Supreme Court for an extension of time to file writs of certiorari.

        This civil rights action was closed on March 8, 2005.  On December 22, 2005, the United States Court of Appeals for the Ninth Circuit dismissed plaintiff's appeal.  Plaintiff is advised that documents filed by plaintiff since the closing date will be disregarded and no orders will issue in response to future filings.

DATED:  May 25, 2006.

                                **CRAIG M. KELLISON**
                                UNITED STATES MAGISTRATE JUDGE

/bb

mora 00cv2210.58